563 A.2d 1180

**In re M.L.S., a minor,**

**Appeal of CHILDREN AND YOUTH SERVICES OF ALLEGHENY COUNTY.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1989.

Decided Sept. 27, 1989.

James J. Dodaro, County Sol., Timothy W. Pawol, Laura J. Whiteman, Asst. County Solicitors, Allegheny County Law Dept., Pittsburgh, for appellant.

FOR APPELLEES: Edward A. Schenck, Pittsburgh, for D.J. Doratio.

Patrick T. Narcisi, Pittsburgh, for Robert Doratio.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Superior Court order directing a new hearing is affirmed. The new hearing is to be commenced within thirty days, and any appeals are to be expedited. Custody and visitation are not to be altered.

NIX, C.J., and FLAHERTY and PAPADAKOS, JJ., dissent and would affirm the order of the trial court.